IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D TERRY**                                                               **PLAINTIFF**
ADC #149998

v.                        **CASE NO. 2:23-CV-00059-BSM**

**DEXTER PAYNE,** *et al.*                                         **DEFENDANTS**

<u>**ORDER**</u>

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 6] is adopted, and Terry's complaint [Doc. No. 2] is dismissed without prejudice. It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of April, 2023.

                                                _____
                                                UNITED STATES DISTRICT JUDGE