IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D TERRY**                                                              **PLAINTIFF**
ADC #149998

v.                              CASE NO. 2:23-CV-00059-BSM

**DEXTER PAYNE,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of April, 2023.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE